1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

4 | THOMAS A. COLTHURST (CABN 99493)
Assistant United States Attorney

5

6 |    150 Almaden Boulevard, Suite 900
San Jose, California 95113

7 | Telephone: (408) 535-5065
FAX: (408) 535-5066
tom.colthurst@usdoj.gov

8

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 14-CR-00015-LHK |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING MOTION FOR REVIEW OF RELEASE ORDER AND PARTIES' JOINT REQUEST FOR EXPEDITED REVIEW AND BRIEFING SCHEDULE |
| v. | |
| CHRISTOPHER CHEN, | |
| Defendant. | |

    The Court has before it the Government's request for review of the order by the Honorable Paul S. Grewal, United States Magistrate Judge, issued on January 17, 2014, permitting release of the defendant under certain conditions. The Magistrate Judge stayed his order to permit the Government to seek review of his ruling. This Court finds it appropriate to stay the Magistrate Judge's ruling on bond until the matter is heard. Accordingly, the Magistrate Judge's ruling on bond for defendant Christopher Chen is stayed until the completion of the hearing on the appeal of this matter.

    The matter is set for hearing before this Court on   January 29  , 2014, at  9:30 a.m.

    The parties may file briefs by close of business two days before the hearing date.

[~~PROPOSED~~] ORDER

1  IT IS SO ORDERED.

3  DATE: January 21, 2014

   *Lucy H. Koh*
   THE HONORABLE LUCY H. KOH
   UNITED STATES DISTRICT JUDGE

[~~PROPOSED~~] ORDER                    2